JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE ASADOURIAN ZAKIYAN,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:22-cv-04962-DSF-RAO<br><br>District Judge: Dale S. Fischer<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff ANNIE ASADOURIAN ZAKIYAN ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 27, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $69,972.30 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: January 18, 2024

_Dale S. Fischer_
Hon. Dale S. Fischer
U.S. District Judge

1
**JUDGMENT**